IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH PULLIAM<br>on behalf of himself<br>and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>DOBBS TIRE & AUTO CENTERS, INC.<br><br>   Defendant. | Case No. 4:24-cv-00939 |

## NOTICE OF SETTLEMENT

  NOW COMES Defendant, Dobbs Tire & Auto Centers, LLC, successor in interest to Dobbs Tire & Auto Centers, Inc. (hereafter "Defendant"), by and through the undersigned counsel, and for the parties Notice of Settlement, states as follows:

  1. The Parties have reached an agreement in principle in full resolution of this matter. Although the material terms of settlement have been agreed to by the Parties, the finalization of the written agreement is still in process.

  3. The current deadline for Defendant to file its responsive pleading is August 30, 2024 [Doc. 11]. The parties respectfully request that all deadlines in this case, including the aforementioned responsive pleading deadline, be stayed, without prejudice, to allow sufficient time to complete the resolution process.

  4. The parties further request that they be provided thirty (30) days, until September 28, 2024, in which to finalize the resolution process.  Upon completion of all conditions precedent as delineated in the parties' written agreement, Plaintiff will file a stipulation of dismissal with

prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

5. Counsel for Plaintiff has consented to the filing of this Notice of Settlement and has no objections.

Respectfully submitted,

*/s/ Melody L. Rayl*
Melody L. Rayl, MO Bar #60362
Samantha J. Monsees, MO Bar #65445
**FISHER & PHILLIPS LLP**
4622 Pennsylvania Ave, Suite 910
Kansas City, MO 64112
Phone: (816) 842-8770
Fax: (816) 842-8767
Email: mrayl@fisherphillips.com
smonsees@fisherphillips.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August 2024, I caused the foregoing document to be electronically filed using the Court's CM/ECF system which will provide automatic notification to the following counsel of record for Plaintiff:

S. Cody Reinberg, Mo. Bar #66174
7382 Pershing Ave., 1W
St. Louis, MO 63130
314-391-9557 p/f
creinberg@hkm.com

ATTORNEY FOR PLAINTIFF
JOSEPH PULLIAM

*/s/ Melody L. Rayl*
Attorney for Defendant

2